WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Librada Lopez,<br><br>　　　　　Defendant. | No. CR-09-0031-01-PHX-SRB<br><br><br>**ORDER OF DETENTION** |

　　　A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on June 18, 2019.

　　　The Court Finds that the Defendant has knowingly, intelligently, and voluntarily waived her right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

　　　The Court Further Finds that the Defendant has failed to sustain her burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that she is not a serious flight risk. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

　　　IT IS ORDERED that the Defendant shall be detained pending further order of the court.

　　　Dated this 19th day of June, 2019.

　　　　　　　　　　　　　　　　　　　　　　*Bernardo P. Velasco*
　　　　　　　　　　　　　　　　　　　　　　Bernardo P. Velasco
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge